AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JUAN CARLOS GARCIA-GOMEZ<br>a/k/a Juan Carlos Garcia-Sanchez<br><br>*Defendant(s)* | Case No.<br>5:24-mj-1285-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 15, 2024** in the county of **Lake** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry by a previosuly deported alien |

This criminal complaint is based on these facts:
**See attached affidavit**

☑ Continued on the attached sheet.

*Lacey O'Neal*
Complainant's signature

Lacey E. O'Neal, Border Patrol Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/20/2024

*[signature]*
Judge's signature

City and state: Ocala, Florida          Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                CASE NO. 5:24-mj-1285-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 7, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry.

3. On or about December 19, 2024, CBP contacted the Lake County Jail in Tavares, Florida[1] in reference to the defendant, Juan Carlos GARCIA-GOMEZ (a/k/a Juan Carlos Garcia-Sanchez). GARCIA-GOMEZ had been arrested by the Lake County Sheriff's Office on or about December 15, 2024, and charged with Domestic Battery by Strangulation. During the arrest and booking process, officers gathered personal identifying information (name, date of birth, place of birth, etc.) from GARCIA-GOMEZ. This information was subsequently shared with CBP.

4. CBP record checks on GARCIA-GOMEZ's biographical information confirmed that he is a citizen and national of Guatemala with no lawful immigration status in the United States. He also has an alien file, under his unique alien number, containing all his immigration history. Fingerprints in that file match the booking fingerprints of GARCIA-GOMEZ from his Lake County arrest.

5. Documents in GARCIA-GOMEZ's alien file also show that he was previously ordered deported/removed from the United States to Guatemala by a Designated Official on or about June 15, 2010, after being convicted of providing false identification to law enforcement. GARCIA-GOMEZ was then physically deported/removed from the United States to Guatemala on or about July 8, 2010, through New Orleans, Louisiana. There is no record of GARCIA-GOMEZ ever applying to the Attorney General of the United States, and/or the U.S. Secretary of

---

[1] Tavares is in Lake County, within the Middle District of Florida.

the Department of Homeland Security, for permission to re-enter the United States after GARCIA-GOMEZ's prior deportation/removal.

6. Based on the foregoing, I believe that there is probable cause that Juan Carlos GARCIA-GOMEZ was deported and removed from the United States and entered or was found to be voluntarily in the United States thereafter, in violation of 8 U.S.C. § 1326(a). Therefore, I respectfully request that the Court issue the attached criminal complaint charging Juan Carlos GARCIA-GOMEZ with the aforementioned federal offense.

This concludes my Affidavit.

Lacey O'Neal,
Border Patrol Agent

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* __12th__ *day of December, 2024.*

The Honorable Philip R. Lammens
United States Magistrate Judge